# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jason Doetsch

                **V.**                        **JUDGMENT IN A CIVIL CASE**

American Household Inc., et al.

                                      CASE NUMBER:    05CV1072 J (AJB)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff has failed to demonstrate that there is a genuine issue of material fact as to design defect, manufacturing defect, failure-to-warn, breach of warranty, and negligence claims. The Court thus grants Defendant's Motion for Summary Judgment in its entirety.

| July 2, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Everill
(By) Deputy Clerk

ENTERED ON July 2, 2007